**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------x
JOSEPH WHITE,                                        :
on behalf of Plaintiff and a class,                  :     CIVIL CASE MANAGEMENT PLAN
                                                     :
                        Plaintiff,                   :     CV-21-3068 (BMC)
                                                     :
               vs.                                   :
                                                     :
CREDIT CONTROL, LLC,                                 :
                                                     :
                        Defendant.                   :
-----------------------------------------------------x
```

## ATTACHMENT A

| DISCOVERY ACTIVITES | COMPLETION DATE |
|---|---|
| 1. Parties to exchange Fed. R. Civ. P. 26(a)(1) disclosures | July 27, 2021 |
| 2. Parties to serve initial discovery request | August 6, 2021 |
| 3. Parties propose any protective order | August 27, 2021 |
| 4. Parties to propose schedule for depositions | December 13, 2021 |