**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------x
JOSEPH WHITE,                                    :
on behalf of Plaintiff and a class,              :        CIVIL CASE MANAGEMENT PLAN
                                                 :
                              Plaintiff,         :        CV-21-3068 (BMC)
                                                 :
              vs.                                :
                                                 :
CREDIT CONTROL, LLC,                             :
                                                 :
                              Defendant.         :
-------------------------------------------------x
```

## ATTACHMENT B

1.      **PLAINTIFF'S CLAIMS**:  Under the FDCPA, in an individual action, the person

bringing the suit may recover (i) any actual damages suffered; and (ii) statutory damages of

between $0 and $1,000.00.  In a class action, the maximum possible recovery is (i) any actual

damages suffered by the class members and (ii) the lesser of 1% of the Defendant's net worth or

$500,000.00.

Plaintiff seeks statutory damages both individually and on behalf of a class of similarly

situated persons.

2.      **COUNTERCLAIMS AND CROSS-CLAIMS**:


3.      **THIRD-PARTY CLAIMS**:

7